UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ervin B. Rogers

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1  NYPD New York City Police Department
Defendant No. 2  New York District Attorneys Office
Defendant No. 3
Defendant No. 4
Defendant No. 5

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 13 2012 ★

BROOKLYN OFFICE

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓  No ___
(check one)

CV 12 - 3042
AMON, CH.J.

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Ervin B. Rogers
             ID #  1411207247
             Current Institution  OBCC
             Address  1600 Hazen St
             East Elmhurst NY 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1    Name John Doe    Shield # 1275
Where Currently Employed 67+A Present
Address Snyder St + Nostrand Ave

Defendant No. 2    Name District Attorneys Office    Shield #
Where Currently Employed DA's office
Address 350 Jay St
Brooklyn N.Y.

Defendant No. 3    Name ___    Shield # ___
Where Currently Employed ___
Address ___

Defendant No. 4    Name ___    Shield # ___
Where Currently Employed ___
Address ___

Defendant No. 5    Name ___    Shield # ___
Where Currently Employed ___
Address ___

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? On Nostrand Ave & Brooklyn Criminal Court.

B. Where in the institution did the events giving rise to your claim(s) occur? On the Street & in the Courtroom

C. What date and approximate time did the events giving rise to your claim(s) occur? May 31, 2012, June 6, 2012.

2

D. Facts: On or About the morning of May 31, 2012 I Ervin B. Rogers did call 911, for a destrepens In my Apartment located At 1605 Nostrand Ave Apt 2F. I called 911 to have my guest removed from my Apt. When the police Arrived I had gotten her out of my Apt and she went down to my Neighbors Apt In the process of doing this I began to have chest pains I then took A Nitongle irin pill the police called EMT they took me In the Ambulance But by then the Nitro had done it's job an my chest had stoped Hurting. So I got out of the Ambulance and went In the House. I stayed In the House for 15 minutes before comming back out to go down the street to my friend House to get a Ciggerette. I stayed In her House for 10 minute an then I Left, As I was returning to my Apt Im was stopped by policeman John Doe #1275 who Ask me to come to his car, I said No then he Ask →

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Chest brusking from the position my arms were held. busted blood vesells In my eye from being chock to long Saven bock pai nd an brusing.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ___ No ✓

3

me to come to his car again, I said NO, again. Office #1275 got out of his car an came over to where I was and ask me to turn around and put my hands on the gate. I ask him why? he repetted his self, again I told him why?. That is when officer #1275 grabe me by the thonte put my Head IN a head lock an started to chock me before I pasted out his partener came over an hit me IN the Head. when they got me of the floor an took me to the car officer #1275 held my hands behind my back IN Hand cuffs an my Arms over the back of my head he kept me IN this position for at lease 5 minutes. before putting me IN the car. when we arrived at the police station he got me out of the car an put my arms back IN the same position over the back of my head an held them thien the whole time I was being booked. when I told the officers IN the present that I suffered from C.H.F Congestive Heart filure

They all Laughed at I then told them 3 more times ask for an Ambulance before I passed out. When I came to I was IN a cell with No Shoes on.

A Short while later EMS came an took me to Kings County Hospital. Where I was look At for Chest pain an Not the Injurise I suffered at the Hand of officer #1275.

The Brooklyn District Attorneys office. for malicous Prosecution. After finding out that his Plaintiff's testomoney was not Cretible the Statements were lies an that they they had open cases for the same thing they were acusing me of the DA Ask the Judge to hold me for 7 more days on a charge resisting Arrest Just so he can try an get an Conviction. But if there is No menischig and Criminal Possession of a wepon how can there be a resisting arrest?

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?
   Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some of all of your claim(s)?
   Yes ✗   No ✓   Do Not Know ____
If YES, which claim(s)? _____

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?
   Yes ____   No ✓   Do Not Know ____
If YES, which claim(s)? _____

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
   Yes ____   No ✓
If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
   Yes ____   No ✓

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

   1. Which claim(s) in this complaint did you grieve? **NONE**

   2. What was the result, if any? **NONE**

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **NONE**

4

G. If you did not file a grievance, did you inform any officials of your claim(s)?
Yes ____ No __✓__

1. If YES, whom did you inform and when did you inform them? _____

2. If NO, why not? _Because it does not concern them._

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _Officer #1275 used excessive Amounts of force_

Note. You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**
State what you want the court to do for you. _Justice Clean my Name an Compensatory and punitive damages for the beating I took At the Hands of N.y.p.d. office #1275_

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ____ No __✓__

5

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
    2. Court (if federal court, name the district; if state court, name the county) _____
_____
    3. Docket or Index number _____
    4. Name of Judge assigned to your case _____
    5. Approximate date of filing lawsuit _____
    6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_
If NO, give the approximate date of disposition _____
    7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes \_\_\_\_ No \_\_\_\_

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
    2. Court (if federal court, name the district; if state court, name the county) _____
_____
    3. Docket or Index number _____
    4. Name of Judge assigned to your case _____
    5. Approximate date of filing lawsuit: _____
    6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_
If NO, give the approximate date of disposition _____
    7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

Signed this 7 day of June, 2012. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff: *Ervin B. Rogers*
Inmate Number: #1411207247
Mailing address:
736 Park Pl
Brooklyn N.Y.
11216

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 7 day of June, 2012 I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Ervin B. Rogers*

rev. 09/04

7