UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Ervin B. Rogers,

                          Plaintiff,

     -against-

Police Officer Jose Villafane,

                         Defendant.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
12-cv-3042 (CBA) (MDG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 24 2013 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge.**

On June 4, 2013, the Honorable Marilyn D. Go issued a Report and Recommendation (R&R) recommending that this Court dismiss the instant action with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The parties were given until June 21, 2013 to file objections to the R&R. No objections have been filed to date. Reviewing the R&R for clear error, the Court hereby adopts Magistrate Go's R&R as the opinion of the Court. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

SO ORDERED.

Dated: July 23, 2013
       Brooklyn, N.Y.

                                              s/Carol Bagley Amon
                                              Carol Bagley Amon
                                              Chief United States District Judge